IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANGEL MCLAUGHLIN, | * |
| Plaintiff, | * |
| v. | * Civil No. **PJM 21-1808** |
| MD OMG EMP, LLC, *et al.* | * |
| Defendants. | * |

## RULE 111 ORDER

The Court has been advised that, as between all parties, the above action is settling, including all counterclaims, cross-claims, third-party claims, and attorney's fees, if any. Accordingly, pursuant to Local Rule 111, it is, this 12 day of April 2022,

**ORDERED** that this action is hereby **DISMISSED**, and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this order is without prejudice to the right of a party to move for good cause within **sixty (60) days** to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

/s/ Peter J. Messitte
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE